UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LORENZO JOHNSON                                             CIVIL ACTION

VERSUS

JOHN S. JESSEN, ET AL.                                      NO. 21-00425-BAJ-SDJ

### RULING AND ORDER

Before the Court is Plaintiff's **Motion to Remand. (Doc. 4).** The Motion is opposed. (Doc. 5). Plaintiff filed Reply Briefs. (Doc. 8; Doc. 15). The Magistrate Judge issued a **Report and Recommendation,** recommending that the Court grant Plaintiff's Motion to Remand. (Doc. 16, p. 11). The Magistrate Judge further recommends that the Court remand the above-captioned matter to the 18th Judicial District Court. (*Id.*). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Petition, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Doc. 4) is GRANTED.**

18th JDC Certified

JURY

**IT IS FURTHER ORDERED** that the above-captioned action be and is **REMANDED** to the 18th Judicial District Court.

Baton Rouge, Louisiana, this 29th day of March, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**